☐ ORIGINAL

Maas, J

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

RECEIVED
JAN 14 2008
U.S. MAGISTRATE JUDGE MAAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
MARK R. GALLAGHER,              :
                                :
           Plaintiff,           :
                                :
     - v. -                     :
                                :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :   07 Civ. 8050 (PAC)(FM)
Commissioner of                 :
Social Security,                :
                                :
           Defendant.           :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorneys for the defendant and the plaintiff, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from January 22, 2008 to

and including February 22, 2008.  The reason for the request is

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

in order to allow the Social Security Administration sufficient time to assess its litigation position in this case. No prior extension has been requested in this case.

Dated: New York, New York
       January    , 2008

                    CAROL S. GOLDSTEIN, ESQ.
                    Attorney for Plaintiff
                    P.O. Box 525
                    424 North Main Street
                    Monroe, New York  10949
                    Telephone No.:(845) 783-1178

                    MICHAEL J. GARCIA
                    United States Attorney
                    Southern District of New York
                    Attorney for Defendant

              By: _____
                    SUSAN D. BAIRD
                    Assistant United States Attorney
                    86 Chambers Street - 3rd Floor
                    New York, New York  10007
                    Telephone No.: (212) 637-2713
                    Susan.Baird@usdoj.gov

SO ORDERED:

_____
UNITED STATES ~~DISTRICT~~ JUDGE
       Magistrate.