☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax. (212) 637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 1 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                  :
MARK R. GALLAGHER,                :
                                  :
                    Plaintiff,    :
                                  :
         - v. -                   :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :
Commissioner of                   :   07 Civ. 8050 (PAC)
Social Security,                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further

administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       February 6, 2008

> CAROL S. GOLDSTEIN, ESQ.
> Attorney for Plaintiff
> P.O. Box 525
> Monroe, New York 10949
> Telephone No.: (845) 783-1178
>
> MICHAEL J. GARCIA
> United States Attorney for the
> Southern District of New York
> Attorney for Defendant
>
> By: SUSAN D. BAIRD
> Assistant United States Attorney
> 86 Chambers Street – 3rd Floor
> New York, New York 10007
> Telephone No.: (212) 637-2713
> Susan.Baird@usdoj.gov

SO ORDERED: FEB 2 1 2008

_____
UNITED STATES DISTRICT JUDGE