

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 3rd floor
New York, New York 10007

March 17, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 18 2008
```

BY FAX

Honorable Paul A. Crotty
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Mark R. Gallagher v. Astrue
07 Civ. 8050 (PAC)

Dear Judge Crotty:

Plaintiff has filed a motion for EAJA fees in the above-referenced case. The Government's response to the motion is due today, March 17, 2008. We write respectfully to request that the response to the motion be adjourned for 30 days, until April 17, 2008. The reason for this request is that we have offered to settle the motion and adjourning the date for our brief will give plaintiff time to consider our offer. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird

SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FAX
Carol Goldstein, Esq.

**MEMO ENDORSED**

SO ORDERED: MAR 18 2008

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE