ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212)637-2713
Fax: (212)637-2750

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 6 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
MARK R. GALLAGHER,                :
                                  :
               Plaintiff,         :
                                  :     STIPULATION AND ORDER
                                  :
         -v-                      :     07 Civ. 8050 (PAC)
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
               Defendant.         :
- - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay plaintiff's counsel, Carol S. Goldstein, Esq., one thousand two hundred seventy-eight dollars and twelve cents ($1,278.12), in

full satisfaction of any and all claims for attorney's fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: New York, New York
       March 18, 2008

                                      _____
                                      CAROL S. GOLDSTEIN, ESQ.
                                      Attorney for Plaintiff
                                      P.O. Box 525
                                      Monroe, New York 10949
                                      Telephone No. (845) 783-1178

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                      Southern District of New York
                                      Attorney for Defendant

                            By: _____
                                      SUSAN D. BAIRD
                                      Assistant United States Attorney
                                      86 Chambers Street, 3rd Floor
                                      New York, New York 10007
                                      Telephone No. (212) 637-2713
                                      Susan.Baird@usdoj.gov

SO ORDERED: MAR 2 6 2008

_____
United States District Judge